VOLK v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) Action by John Volk against the New York Central & Hudson River Railroad Company. No opinion.

Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered for the defendant on nonsuit, with costs.